O

JS - 6

cc: order,docket, remand letter to
Los Angeles Superior Court, North Central District,
Glendale, No. GLN 12-C-02417

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. BENNETT, et al., | Case No. CV 12-02007 DDP (SSx) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO REMAND AND DENYING ATTORNEY FEES AND COSTS** |
| v. | |
| YOUNG EUN LEE, et al., | [Dkt. No. 5] |
| Defendants. | |

Presently before the court is an Ex Parte Application for Order to Remand Unlawful Detainer Action to State Court with Request for Attorney Fees & Costs ("Application") filed by Plaintiffs James. D. Bennett and June M. Bennett. (Dkt. No. 5). Defendants Young Eun Lee and Will Guardado have not filed any opposition to the application.

As Plaintiffs explain, there is no federal subject matter jurisdiction in this action. (App. at 8.) Plaintiffs' unlawful detainer complaint raises only issues of state law, and the amount in controversy does not appear to exceed $75,000. Further, defenses based on federal law are insufficient to create federal jurisdiction. See HSBC Bank USA v. Santiago, No. CV 10-04127, 2011

WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011).  The court therefore GRANTS Plaintiffs' Application to remand.

The court, however, denies Plaintiffs' request for fees and costs.  As this court has explained under similar circumstances: "Defendants are proceeding without the assistance of counsel. While it is black letter law that defenses arising under federal law do not create removal jurisdiction, the court does not fault the Defendants for not having the same familiarity with the nuances of federal civil procedure that a lawyer should."  Id. at *2.

IT IS SO ORDERED.

Dated: April 4, 2012

DEAN D. PREGERSON
United States District Judge